**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | CR07-01308-001-PCT-MEA |
| vs. | ) ) ) | **ORDER** |
| Jacoby Waldo Watahomigie, | ) ) | |
| Defendant. | ) ) | |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on supervised probation subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. You shall complete substance abuse or other mental health counseling as directed by the probation officer.

2. You shall not consume or possess any alcohol.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended for TWO (2) YEARS to terminate on March 31, 2012.

IT IS FURTHER ORDERED that the defendant is released from federal custody.

DATED this 31st day of March, 2010.

_____
Mark E. Aspey
United States Magistrate Judge